```
McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPROXIMATELY $11,690.00 ) <br> IN U.S. CURRENCY, ) <br> ) <br> Defendant. ) <br> _____) | 2:04-CV-1037-LKK-KJM <br><br> DEFAULT JUDGMENT OF FORFEITURE AND FINAL JUDGMENT OF FORFEITURE |

This matter came on for hearing on June 15, 2005, before the Honorable Magistrate Judge Kimberly J. Mueller, on plaintiff United States' motion for default judgment. Assistant U.S. Attorney Courtney J. Linn appeared for plaintiff United States. There was no appearance by or on behalf of any other person or entity claiming an interest in defendant currency to oppose plaintiff's motion. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.

1      2.  Francis G. Orr and Dennis R. Wheeler are held in default.

2      3.  A judgment by default is hereby entered against any right, title or interest in the defendant currency of Francis G. Orr and Dennis R. Wheeler.

    4.  A final judgment is hereby entered, forfeiting all right, title and interest in the defendant currency to the United States of America, to be disposed of according to law, including all right, title and interest of Francis G. Orr and Dennis R. Wheeler.

    5.  All parties shall bear their own costs and attorneys' fees.

    SO ORDERED, this 12th day of July, 2005.

                                     /s/Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
                                     United States District Judge